WILLIAM D. M. HOLMES, Appellant, v. BENJAMIN H. HOLMES, ANNA HOLMES, His Wife, and WILLIAMS FINANCE CORPORATION, a Domestic Corporation, Respond-

ents.— Motion to hear the appeal upon the present record denied upon condition that defendants, within five days from the entry of the order herein, apply to the Special Term for a resettlement of the order appealed from, and that the appeal be perfected and brought on for argument at the December term; otherwise, motion granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.